UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

*FILED*

04 FEB 24 PM 3: 19

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| KATHLEEN A. BOGUE, an individual and as next best friend of David Bogue, a minor, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. CV03-AM-2225-W |
| PIZZA HUT, | ) ) | |
| Defendant. | ) | |

**ENTERED**

FEB 25 2004

## MEMORANDUM OF OPINION

The plaintiff alleges in the complaint, which was filed in the Circuit Court of Bibb County on June 23, 2003, and removed to this court on August 7, 2003, that she and her minor son were beaten and robbed upon leaving a Pizza Hut located in Brent, Bibb County, Alabama, on or about June 24, 2001. In the ad damnum clause, the plaintiff requests leave to amend at a later date to include other defendants who were at that time unknown to her.

Counsel for the plaintiff is Michael L. Murphy of Centreville, Alabama. On August 8, 2003, the Clerk notified Mr. Murphy by letter that his present status in this court is "not readmitted," and sent him a form to use in order to apply to continue as a member of the Federal Bar in good standing. When he did not respond, Mr. Murphy was sent a "Second and Final Request" on February 10, 2004, telling him that he must

9

be readmitted in order to practice in this court. To date Mr. Murphy has not attempted to be readmitted to this court.

Before the court is a motion for summary judgment filed by Pizza Hut. In support of that motion is the affidavit of Melanie Morgan-Adams, the assistant secretary for Pizza Hut, Inc., a California corporation with its principal place of business in Dallas, Texas. Morgan-Adams states that Pizza Hut neither owned nor controlled the restaurant in question, rather the restaurant was a franchise unit belonging to N. P. C. Management, Inc., which was the entity having direct and immediate control of the subject restaurant.

When the plaintiff did not respond to the motion for summary judgment, the court entered an order instructing the plaintiff to state whether or not she wanted to proceed with this action. In a February 6, 2004 letter, Mr. Murphy stated that the defendant's motion for summary judgment is due to be granted. He also stated that he wants this case to continue so that he can add additional parties within fourteen days.

Pizza Hut's motion for summary judgment is due to be granted. The court will not continue this case for Mr. Murphy to attempt to add additional parties. An order in accordance with this memorandum of opinion will be entered.

DONE this ___24ᵗʰ___ day of February, 2004.

United States District Judge

-2-